United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

DAVID ALEXANDER RAMIREZ          §
CARMONA,                         §
    *Petitioner,*          §
                                 §
                                 §
v.                               §          Civil No. 5:26-cv-00163
                                 §
                                 §
WARDEN OF RIO GRANDE             §
PROCESSING CENTER,               §
MIGUEL VERGARA,                  §
KRISTI NOEM,                     §
and PAM BONDI,                   §
    *Respondents.*          §

**ORDER**

On February 6, 2026, the District Court ordered Respondents to file a response in this case no later than February 13, 2026.  Dkt. No. 4 at 1.  Likewise, Petitioner was ordered to file proof of service by February 9, 2026.  *Id.*  To show that Respondents were served, Petitioner is **ORDERED** to file proof of service by **April 9, 2026**.  Presuming they have been served, Respondents have not filed a response in this case to date.  Accordingly, Respondents are **ORDERED** to file a response to Petitioner's Petition, Dkt. No. 1, and **SHOW CAUSE** for their failure to comply with the Court's order by **April 9, 2026**.  *See* 28 U.S.C. § 2243.

IT IS SO ORDERED

Signed this April 2, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge